IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL GERALD GAMBOA, | ) | Civil No. 17-1346 |
| Petitioner, | ) | |
| | ) | **Offer Of Discovery And Offer To Stipulate To Use Of Documents Establishing Prior Convictions Relevant To The Court's 28 U.S.C. § 2241 Disposition Under Mathis** |
| v. | ) | |
| | ) | |
| PAUL THOMPSON, Acting Warden, | ) | |
| | ) | The Honorable James E. Shadid, U.S. District Court Judge Presiding |
| Respondent. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes now the Petitioner, Michael Gerald Gamboa, pro se, and submits his offer of discovery and offer to stipulate to the use of documents establishing prior convictions relevant to the Court's 28 U.S.C. § 2241 disposition under Mathis.

### Offer Of Discovery And Stipulation

Attached hereto are documents comprising the State of Minnesota's charging instrument underlying the Petitioner's prior Minnesota State convictions for the crime of Conspiring to violate Minnesota's Controlled Substances laws, and the crime of violating Minnesota's Fifth Degree Controlled Substance offense.

The documents are relevant to this Court's disposition of the claims made under Mathis, and were provided to the Petitioner by the U.S. Attorney's Office for the District of North Dakota contemporaneously with the

original imposition of sentence pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851(a). The documents bear the U.S. Attorney's fax number and may be independently varified by the Office of the U.S. Attorney for the District of North Dakota.

Therefore, the Petitioner offer's to stipulate to their use for the Court's ultimate disposition of the <u>Mathis</u> claims being addressed on 28 U.S.C. § 2241 review.

Respectfully submitted on this 11th day September, 2017.

Michael Gerald Gamboa
Reg. No. 06940-059
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000

Petitioner-Pro Se

COMPLAINT-WARRANT  Charging Portion          Page 8 of 11
MICHAEL GERALD GAMBOA
Complaint Number 60-11-9-008078

COUNT I
CHARGE:   CONSPIRACY
SECTION:  152.096, Subd. 1
MAXIMUM SENTENCE:  Thirty (30) years, $1,000,000.00, or both, in that

Michael Gerald Gamboa, Rolando Rios Gamboa, Robert Gamboa, and others known and unknown intentionally, feloniously, and unlawfully did conspire to commit an act prohibited by Minn. Stat. Ch. 152. More specifically, from on or about September 1994, to one or about November 1995, Michael Gerald Gamboa, Rolando Rios Gamboa, Robert Gamboa, and others known and unknown did conspire to sell, give away, barter, deliver, exchange, distribute, or dispose of to another and/or to possess with intent to do so one (1) or more mixtures containing cocaine, methamphetamine, and/or marijuana, in violation of Minn. Stat. 152.021-152.025.  This offense occurred in Polk County, Minnesota, and elsewhere.

COUNT II
CHARGE:   CONTROLLED SUBSTANCE CRIME IN THE SECOND DEGREE
SECTION:  152.022, Subds. 1(1) and 3(a), and 609.05, Subd. 1
MAXIMUM SENTENCE:  Twenty-five (25) years, $500,000.00, or both,

in that Michael Gerald Gamboa and Martin Lee Prather, each while intentionally aiding, advising, hiring, counseling, conspiring with, or otherwise procuring the other to commit the crime, intentionally, feloniously, and unlawfully did sell, on one (1) or more occasions within a 90-day period, one (1) or more mixtures of a total weight of three (3) grams or more containing cocaine.  More specifically, on or about April 7, 1995, Michael Gerald Gamboa and Martin Lee Prather did sell, give away, barter, deliver, exchange, distribute, or dispose of to another, and/or did possess with intent to do so, one (1) or more mixtures of a total weight of three (3) grams or more containing cocaine in East Grand Forks, Polk County, Minnesota.

COUNT III
CHARGE:   CONTROLLED SUBSTANCE CRIME IN THE THIRD DEGREE
SECTION:  152.023, Subds. 1(1) and 3(a)
MAXIMUM SENTENCE:  Twenty (20) years, $250,000.00, or both, in that

Michael Gerald Gamboa intentionally, feloniously, and unlawfully did sell one (1) or more mixtures containing a narcotic drug.  More specifically, on or about September 13, 1995, Michael Gerald Gamboa did sell, give away, barter, deliver, exchange, distribute or dispose of cocaine to another, and/or did possess cocaine with intent to do so, in East Grand Forks, Polk County, Minnesota.  Cocaine is a narcotic drug as defined in Minn. Stat. 152.01, Subd. 10.

24

COMPLAINT-WARRANT  Charging Portion              Page 9 of 11
MICHAEL GERALD GAMBOA
Complaint Number 60-11-9-008078

COUNT IV
CHARGE:    CONTROLLED SUBSTANCE CRIME IN THE FIFTH DEGREE
SECTION:   152.025, Subds. 2(1) and 3(a), and 609.05, Subd. 1
MAXIMUM SENTENCE:  Five (5) years, $10,000.00, or both, in that

Michael Gerald Gamboa and Andrew Neil Hills, each while intentionally aiding, advising, hiring, counseling, conspiring with, or otherwise procuring the other to commit the crime, intentionally, feloniously, and unlawfully did possess one (1) or more mixtures containing a controlled substance classified in schedule I, II, III, or IV of Minn. Stat. 152.02. More specifically, on or about September 13, 1995, Michael Gerald Gamboa and Andrew Neil Hills possessed one (1) or more mixtures containing cocaine, and cocaine is a controlled substance classified in schedule II of Minn. Stat. 152.02, Subd. 3(1)(d). This offense occurred in East Grand Forks, Polk County, Minnesota.

COUNT V
CHARGE:    POSSESSION OF A STOLEN FIREARM
SECTION:   609.53, Subd. 1, and 609.52, Subd. 3(1)
MAXIMUM SENTENCE: Twenty (20) years, $100,000.00, or both, in that

Michael Gerald Gamboa intentionally, feloniously, and unlawfully did receive, possess, transfer, buy, or conceal stolen property knowing or having reason to know the property was stolen. More specifically, on or about September 13, 1995, Michael Gerald Gamboa did receive, possess, and/or conceal a 9mm semi-automatic pistol belonging to Michael and/or Debbie Thompson and knowing or having reason to know the pistol had been stolen. This offense occurred in East Grand Forks, Polk County, Minnesota.

COUNT VI
CHARGE:    CARRYING A WEAPON WITHOUT A PERMIT
SECTION:   624.714, Subd. 1(a), and 609.05, Subd. 1
MAXIMUM SENTENCE:  One (1) year, $3,000.00, or both, in that

Michael Gerald Gamboa and Andrew Neil Hills, each while intentionally aiding, advising, hiring, counseling, conspiring with, or otherwise procuring the other to commit the crime, intentionally and unlawfully carried, held, or possessed a pistol in a motor vehicle, snowmobile or boat, or on or about their clothes or their person, or otherwise in possession or control in a public place or public area without first having obtained a permit to carry the pistol. More specifically, on or about September 13, 1995, Michael Gerald Gamboa and Andrew Neil Hills possessed a 9mm semi-automatic pistol in a motor vehicle, and neither had a permit to carry the pistol. This offense occurred East Grand Forks, Polk County, Minnesota.

## Certificate Of Service

The Petitioner, Michael Gerald Gamboa, pro se, hereby certifies under the penalty of perjury, 28 U.S.C. § 1746, that he has served opposing counsel of record, Segev Phillips, AUSA, at One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602, with a copy of the foregoing pleading by placing such in a First-Class, postage prepaid envelope, and depositing such in the U.S. Mail on this 11th day of September, 2017, to effect service and delivery in accordance with the Rules of this Court.

Further The Affiant Sayeth Naught.

Michael Gerald Gamboa
Reg. No. 06940-059
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000

Petitioner-Pro Se