E-FILED
Wednesday, 31 July, 2019  02:39:51 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

**FILED**

| | | |
|---|---|---|
| MICHAEL GERALD GAMBOA, | ) | |
| | ) | JUL 3 1 2019 |
| Petitioner, | ) | |
| | ) | CLERK OF COURT |
| vs. | ) | Case Number: 17-1346 |
| | ) | |
| STEVE KALLIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

JUL **3 1** 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED.

**Dated:** 7-31-19

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court