IN THE UNITED STATES COURT OF APPEALS
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL GERALD GAMBOA, | ) Case No. 1:17-cv-01346-JES |
| Petitioner, | ) |
| | ) Notice Of Appeal Of All Decisions |
| v. | ) Rendered By The District Court |
| | ) |
| STEVE KALLIS, Warden, | ) Proceedings Had Before The Honorable |
| | James E. Shadid, United States |
| Respondent. | ) District Court Judge |

## NOTICE

The Petitioner, Michael Gerald Gamboa, pro se, hereby provides notice of his appeal of all decisions rendered by the District Court in the above-entitled cause and action whereby appeal is taken to the United States Court of Appeals for the Seventh Circuit. See F.R.A.P. Rule 4.

Under the Prison Mailbox Rule, F.R.A.P. Rule 4(c), the Petitioner states under the penalty of perjury, 28 U.S.C. § 1746, that he has mailed the foregoing notice of appeal to the Clerk of Court at 100 N.E. Monroe Street, Room 305, Peoria, Illinois 61602, by placing such in a First-Class, postage prepaid envelope and depositing such in the U.S. Mail on this 14th day of January, 2020, to effect delivery and service in accordance with the Rules of the Court.

Michael Gerald Gamboa
Reg. No. 06940-059
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000

Petitioner / Pro Se

7018 0360 0001 3438 3823

